# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03027-RBJ

**KENNETH KAIGHN,**

    Plaintiff,

vs.

**CAROLYN W. COLVIN**, Acting Commissioner,
Social Security Administration,

    Defendant.

___

## ORDER
___

    Upon consideration of the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

    IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $7,150.00, to be made payable to Plaintiff, Kenneth Kaighn, and mailed to counsel of record.

    DATED this 22nd day of April, 2014.

                                                BY THE COURT:

\

                                                R. Brooke Jackson
                                                U.S. District Court Judge