## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF

**Civil Action No. 12-cv-03027-RBJ**

**KENNETH KAIGHN,**

                     **Plaintiff,**

**vs.**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration,**

                     **Defendant.**

_____

## ORDER
_____

Upon consideration of Plaintiff's (hereinafter referred to as "claimant") Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. #30] and Claimant's Memorandum in Support thereof [Doc. #31], in which he seeks authorization for payment of attorney fees by the Social Security Administration ("SSA") Commissioner in the amount of $10,500.00, I have determined that under the standards set forth in 42 U.S.C. § 406(b), Claimant's request for $10,500.00 for attorney fees is reasonable.

IT IS HEREBY ORDERED that Claimant's Motion is GRANTED, and as a result, the SSA Commissioner is ORDERED to pay Claimant's attorney $10,500.00 for fees incurred in representing Claimant before this Court, and in this matter. These fees are to be paid from Claimant's retroactive benefits. Claimant's attorney, Robert Krute sought approval of attorney fees, from the Social Security Administration, in the amount of $7,450.00, for representation of claimant at the administrative level and that request has been approved. Claimant's counsel has already been paid EAJA fees of $7,150.00. Upon receipt of fees awarded by this Court, claimant's counsel will refund to claimant the amount of the EAJA fees paid of $7,150.00.

DATED this 2nd day of December, 2014.

BY THE COURT:

_____
R. Brooke Jackson
U.S. District Court Judge